**Motion Granted; Dismissed and Memorandum Opinion filed April 4, 2013.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-13-00189-CV

---

### JUANITA WOODALL, Appellant

### V.

### DOW CORNING CORPORATION, DOW CORNING WRIGHT CORPORATION, CHRIS ROBINSON MD, JAMES R. CULLINGTON MD, FRANCIS BURTON MD, SIMON FREDERICKS MD, TOLBERT WILKINSON MD, 21 INTERNATIONAL HOLDINGS FKA KNOLL INTERNATIONAL, MILTON ROWLEY MD, WESLEY WASHBURN MD, PRESTON CHANDLER MD, ERNEST CRONIN MD, JAMES PETERSON MD, THOMAS D. CRONIN MD, FRANK J. GEROW MD, GENERAL ELECTRIC COMPANY, DOW CHEMICAL COMPANY, Appellees

---

**On Appeal from the 61st District Court**
**Harris County, Texas**
**Trial Court Cause No. 1992-25394EN**

---

# M E M O R A N D U M   O P I N I O N

This is an appeal from an order signed January 29, 2013. On March 26, 2013, appellant filed an unopposed motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Christopher, Jamison, and McCally.